# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>BRENDAN T. BYRNE<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>JAMES D. CECCHI (1933-1995)<br>JOHN G. GILFILLAN III (1936-2008)<br>ELLIOT M. OLSTEIN (1939-2014) | JAMES T. BYERS<br>DONALD F. MICELI<br>A. RICHARD ROSS<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>AVRAM S. EULE<br>CHRISTOPHER H. WESTRICK*<br>JAMES A. O'BRIEN III**<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br> NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY AND MA BARS ONLY | RAYMOND J. LILLIE<br>WILLIAM SQUIRE<br>STEPHEN R. DANEK<br>DONALD A. ECKLUND<br>MEGAN A. NATALE<br>ZACHARY S. BOWER+<br>MICHAEL CROSS<br>CHRISTOPHER J. BUGGY<br>JOHN V. KELLY III<br>MICHAEL A. INNES<br><br>+MEMBER FL BAR ONLY |

December 1, 2020

**VIA ECF**

Clerk of the Court
United States District Court for the District of New Jersey
Dr. Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    Rabinowitz v. St. Joseph's Regional High School, et al.
              Civil Action No. 2:18-cv-16498-SDW-ESK
              Our File No. 25505.146

Dear Sir/Madam:

      This office represents Defendants, the Roman Catholic Archdiocese of Newark and St. Joseph's Regional High School in this matter. On November 4, 2020, a non-binding arbitration award was entered pursuant to L.Civ.R. 201.1. Pursuant to L.Civ.R. 201.1(h), Defendants now demand Trial *de Novo* as to that portion of the arbitrator's finding that Defendants allowed a hostile work environment to exist. The arbitrator's assessment of very minimal damages was accurate. Finally, both parties agree in not seeking Trial *de Novo* as to the arbitrator's rejection of Plaintiff's "unlawful retaliation" claim as set forth in Count II of the Amended Complaint.

      Thank you.

                            Respectfully yours,

                           CARELLA, BYRNE, CECCHI,
                           OLSTEIN, BRODY & AGNELLO

                     /s/ *Christopher H. Westrick*

                           CHRISTOPHER H. WESTRICK
                              cwestrick@carellabyrne.com

CHW:sz
  cc:    Justin Santagata, Esq.